12 CV 7030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEROY LEKWAN FLEMING ECHOLS

  -against-

SGT.YOLANDA CUADRADO
OFFICER.THOMAS LEE

COMPLAIN
  Under the Civil
  Rights Act,42 U.S.C.
  §1983(Prisoner
       Complaint)
  Jury Trial:yes ✓
                no___
       (check one)



Plaintiff: Name:LEROY LEKWAN FLEMING ECHOLS
           ID#349-12-12496
           Current Institution:M.H.D.C
           Address:125 White street NEW YORK NY,10013

Defendant No.1 Name:THOMAS LEE Shield#947169
               Where Currently Employed:24th Precinct.
               Address:151W100Street NEW YORK NY,10025

Defendant No.2 Name:YOLANDA CUADRADO Shield#925146
               Where Currently Employed:24th Precinct.
               Address:151W100Street NEW YORK NY,10025

Statement of Claim:A*B*C*D=>

          On 7.22.12 complaintiff was walking to his mother's house,but the complaintiff made a stop at his friend's house her name is Amanda Cintron.Around 7:49am she had to get ready for work and she also had to check on her son,so complaint left her ten minutes before which was 7:39am.
     While complaintiff was on his way walking to his mother's house the police was on the left side of the complaintiff driving slowly,which complaintiff saw them but was busy texting on his phone.Then they hopped out on 102nd street,pushed complaintiff on a gate,through his phone to the floor,performing an **act** of Racial Profiling,Unlawful Stop-and-frisks,violationg my 4th Amendments (which is Unreasonable search and seizures.)
     Officer THOMAS LEE and five other Officers refused to tell complaintiff why or what was he being stopped for.Officer THOMAS LEE asked complaintiff for Identification complaintiff did not have ID,so complaintiff gave the Officer(s) his full name,address and date of birth,then another Officer which the complaintiff believes is a SGT,approached complaintiff roughly grabbed complaintiff,called him a piece of shit,told the other Officers to cuff the complaintiff,which they forcefully restained complaintiff and complaintiff was not even resisting arrest.There was no body who witnessed what happen.
     On 7.23.12 complaintiff went to court and heard his charges which was false inpersonation,the District Attorny did not have any Police report of which complaintiff would have fit the description of a person or person(s)that committed a crime.
     Further more,complaintiff did have a witness who verified the complaintiff's Identification,her name is Brittany Brown, also the complaintiff would like to request an Attorny from Pro Buno.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEROY LEKWAN FLEMING ECHOLS

    -against-

SGT.YOLANDA CUADRADO
OFFICER.THOMAS LEE

Plaintiff: Name:LEROY LEKWAN FLEMING ECHOLS
ID#349-12-12496
Current Institution:M.H.D.C
Address:125 White Street NEW YORK NY,10013

Defendant No.1 Name:THOMAS LEE Shield#947169
Where Currently Employed:24th Precinct.
Address:151W.100Street NEW YORK NY,10025

Defendant No.2 Name:YOLANDA CUADRADO Shield#925146
Where Currently Employed:24th Precinct.
Address:151W.100 Street NEW YORK NY,10025

Exhaustion of Administrative Remedies:
A.Did your claim(s)arise while you were confined in jail,prison, or other correctional facility? No.

F.Complaintiff did not file a grievance because this is not a grievance matter,it occured out side of corrections.

G.Please set fourth any additional information that is relevant to the exhaustion of your administrative remedies.
When complaintiff went to cour on 7.23.12,complaintiff's witness stated that complaintiff's name and address where true and the court still remanded complaintiff on the behalf of the complaintiff is still on parole.

V.Relief:
State what you want the court to do for you(including the amount of monetary compensation,if any,that you are seeking and the basis for such amount.)Complaintiff is requesting monetary compensation of$25 million,for the simple fact that the complaint has been violated of his 4th Amendments,Racial Profiling,Unlawful Stop-and-Frisks,and Harrassment.This issue has been occuring ever since 1.26.11 which complaintiff was releasted from Greene Correctional Facility.Furthermore,complaintiff feels like Parole and the Police Officers is forcing complaintiff to be considered Jail Institutionalized and they Labled the complaintiff a threat/Meneace to society,basically the complaintiff feels like his life has been taken away from him,and now Parole is trying to send the complaintiff back upstate because of the complaintiff's new arrest.

I declare under penalty of perjury that the foregoing is true and correct.
Signed this 04 day of September,2012
Signature of plaintiff: *L.L. Fleming Echols*
Inmate number: 349/12/2496
Institution(M.H.D.C)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEROY LEKWAN FLEMING ECHOLS

    -against-

OFFICER:THOMAS LEE
SGT:YOLANDA CUADRADO

VI.Previous lawsuits:

A.have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? No.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 04 day of September,2012.
          Signature of Plaintiff: L.L. Fleming Echols
          Inmate Number: 349-12-12496
          Institution Address: 125 White Street NYNY, 10013

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 04day of Sept,12, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

          Signature of Plaintiff: Leroy L. Fleming Echols



Leroy Lekwan Fleming Echols
349 1212496
125 White Street
New York NY, 10013

NEW YORK NY 100
13 SEP 2012 PM 14 L

Daniel Patrick Moynihan United States courthouse
500 Pearl Street, Room 230
New York NY, 10007

RECEIVED
SONY PRO SE OFF
2012 SEP 14 P 4:

legal
mail